Dry and Clean, Inc.,

    Plaintiff,

v.

Property and Casualty Insurance Company of Hartford, et al.,

    Defendant.

2:18-cv-01449-VAP-ASx

# JUDGMENT

Pursuant to the Order Granting Defendant's Motion for Summary Judgment, IT IS ORDERED AND ADJUDGED that Plaintiff's complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated: 5/30/19

Virginia A. Phillips
Chief United States District Judge